UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| RANDALL MCNEAL,                      )<br>                                                          )<br>            Plaintiff,                              )<br>                                                          )<br>     v.                                                  )<br>                                                          )<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security,                              )<br>            Defendant.                          ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:17-CV-8-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 20]. Plaintiff's motion for judgment on the pleadings [D.E. 15] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 17] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on February 7, 2018, and Copies To:**
Derrick Kyle Arrowood                                        (via CM/ECF electronic notification)
Amanda B. Gilman                                             (via CM/ECF electronic notification)

DATE:                                                         PETER A. MOORE, JR., CLERK
February 7, 2018                                              (By) /s/ Nicole Briggeman
                                                              Deputy Clerk