UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| RANDALL MCNEAL, )<br>)<br>        Plaintiff, )<br>)<br>  v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:17-CV-8-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Treasury Judgment Fund pay to Plaintiff's counsel $400.00 in costs and the Commissioner of Social Security pay to Plaintiff $2,788.00, assigned to Plaintiff's attorney if there is no debt that qualifies under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

**This Judgment Filed and Entered on May 8, 2018, and Copies To:**
| | |
|---|---|
| Derrick Kyle Arrowood | (via CM/ECF electronic notification) |
| Amanda B. Gilman | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE:<br>May 8, 2018 | PETER A. MOORE, JR., CLERK<br>(By) /s/ Nicole Briggeman<br>      Deputy Clerk |